HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RANDY ESCOBEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00089 LJO-SKO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| vs. | |
| RANDY ESCOBEDO, | Date:   August 3, 2015
Time:  1:00 p.m. |
| Defendant. | Judge: Sheila K. Oberto |

IT IS HEREBY STIPULATED by the parties, through their respective counsel, KIMBERLY A. SANCHEZ, Assistant United States Attorney, counsel for plaintiff, and JANET BATEMAN, Assistant Federal Defender, counsel for defendant, RANDY ESCOBEDO, that the status conference hearing currently set for July 20, 2015, **may be continued to August 3, 2015**.

The requested continuance is due to a change in defense counsel's schedule. The government has no objection to the requested continuance.

The parties agree that the delay resulting from the requested continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

//

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 8, 2015                              By */s/ Kimberly A. Sanchez*
                                                 KIMBERLY A. SANCHEZ
                                                 Assistant United States Attorney
                                                 Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: July 8, 2015                              By */s/ Janet Bateman*
                                                 JANET BATEMAN
                                                 Assistant Federal Defender
                                                 Attorneys for Defendant
                                                 Randy Escobedo

## **O R D E R**

The parties' request for a continuance of the status conference is DENIED.   The parties are cautioned that a request for an extension of time must be supported by good cause and shall include a detailed explanation demonstrating due diligence, including a description of what actions have been undertaken, and what further actions are needed, to move the case forward.  A change in counsel's schedule alone does not constitute good cause.

IT IS SO ORDERED.

Dated:   **July 16, 2015**                              **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE

Escobedo:  Stipulation to Continue Hearing                -2-