1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  MEGAN T. HOPKINS, SBN #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   RANDY ESCOBEDO

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        ) Case No. 1:15-cr-0089-LJO-SKO
                                     )
12         Plaintiff,                )
                                     ) **STIPULATION TO ADVANCE HEARING**
13  vs.                              ) **DATE AND RESET FOR ADMISSION**
                                     ) **HEARING; ORDER**
14  RANDY ESCOBEDO,                  )
                                     )
15         Defendant.                ) Date:  May 14, 2018
                                     ) Time:  2:00 p.m.
16  _____     ) Judge: Hon. Stanley A. Boone

17         IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney, Jeffrey A. Spivak, Counsel for Plaintiff, and Assistant

19  Federal Defender, Megan T. Hopkins, Counsel for Defendant, Randy Escobedo, that the status

20  conference currently set for May 22, 2018, at 2:00 p.m. may be vacated and reset for an

21  admission hearing on May 14, 2018, at 2:00 p.m. before Magistrate Judge Stanley A. Boone.

22         The parties have agreed to permit Mr. Escobedo to participate in a 6-month residential

23  drug and alcohol treatment program, and have agreed to advance the matter for admission on

24  May 14, 2018.  Mr. Escobedo has been accepted into the Salvation Army Residential Program

25  and can be admitted immediately.  The parties agree that following his admission to the charges

26  contained in the petition he should be ordered released to the program for admission on May 15,

27  2018 at 7:30 a.m. The parties intend to request that the dispositional hearing in this matter be

28  scheduled at the Court's convenience for a date following Mr. Escobedo's completion of the

program.

                                   Respectfully submitted,

                                   MCGREGOR SCOTT
                                   United States Attorney

DATED: May 10, 2018                 */s/ Kimberly A. Sanchez*
                                   KIMBERLY A. SANCHEZ
                                   Assistant United States Attorney
                                   Attorneys for Plaintiff


                                   HEATHER E. WILLIAMS
                                   Federal Defender

DATED: May 10, 2018                 */s/ Megan T. Hopkins*
                                   MEGAN T. HOPKINS
                                   Assistant Federal Defender
                                   Attorneys for Defendant
                                   RANDY ESCOBEDO


## **O R D E R**

For the reasons set forth above, the status conference set for May 22, 2018, will be vacated and the matter will be set for an admission hearing on May 14, 2018, at 2:00 p.m. before the Honorable Stanley A. Boone.

IT IS SO ORDERED.

Dated:  **May 10, 2018**                          */s/ Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE