HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
RANDY ESCOBEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>RANDY ESCOBEDO,<br><br>*Defendant.* | Case No. 1:15-cr-0089 LJO-SKO<br><br>ORDER FOR RELEASE OF RANDY ESCOBEDO TO THE SALVATION ARMY DRUG AND ALCOHOL TREATMENT PROGRAM ON MAY 15, 2018<br><br>Hon. Stanley A. Boone |

On May 14, 2018 Defendant Randy Escobedo appeared before the Honorable Stanley A. Boone for admission of violations of supervised release. Sentencing was then set out to November 26, 2018 to permit Mr. Escobedo to participate in the Salvation Army's Drug and Alcohol Treatment Program, located at 804 South Parallel Avenue, Fresno CA 93721. Mr. Escobedo has already been admitted to the program and is scheduled for an intake appointment at 7:30 a.m. on May 15, 2018.

This proposed order is submitted to authorize Mr. Escobedo's release from the Fresno County Jail on May 15, 2018, at 7:00 a.m., to the custody of the Salvation Army drug and alcohol treatment program staff for the duration of the program. Mr. Escobedo is ordered to be transported to the program directly from Fresno County Jail by Federal Defender Investigator, Shawn McElroy. Mr. Escobedo shall remain in the custody of Shawn McElroy and not be left

alone from the time he exits the jail until he enters the Salvation Army program. If for any reason Mr. Escobedo is not accepted by the program he is to be returned directly to Fresno County Jail.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 14, 2018      */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
RANDY ESCOBEDO

### ORDER

**IT IS SO ORDERED.** Defendant RANDY ESCOBEDO shall be released from the Fresno County Jail to the custody of Shawn McElroy on May 15, 2018, at 7:00 a.m. The defendant shall be transported directly to the Salvation Army's Drug and Alcohol Treatment Program, located at 804 South Parallel Avenue, Fresno CA 93721. The defendant is thereafter to remain in the custody of the Salvation Army drug and alcohol treatment program staff for the duration of the program. If for any reason Mr. Escobedo is not accepted by the program he is to be returned directly to Fresno County Jail by Federal Defender Staff.

All other conditions of his supervised release apply to his release and are ordered in full.

IT IS SO ORDERED.

Dated:   **May 14, 2018**

UNITED STATES MAGISTRATE JUDGE